IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 98-60156
Conference Calendar

_____

JERRY W. WASHINGTON,

                                        Plaintiff-Appellant,

versus

EARNEST DAWSON; DEBBIE HUGGINS; JEFFERY CAIN,

                                        Defendants-Appellees.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Mississippi
USDC No. 4:97-CV-30-D-A
- - - - - - - - - -

August 19, 1998

Before KING, HIGGINBOTHAM, and JONES, Circuit Judges.

PER CURIAM:[*]

    Jerry W. Washington, a Mississippi inmate (# 82762), appeals

the dismissal of his civil rights complaint for failure to state

a claim on which relief may be granted, pursuant to 28 U.S.C.

§ 1915(e)(2)(B)(ii).  Washington argues that the district court

erred in determining that he had failed to state a cognizable 42

U.S.C. § 1983 claim that the defendants had failed to protect him

from an assault by another inmate.  We have reviewed the record

and Washington's brief and find no reversible error.  We

        [*]  Pursuant to 5TH CIR. R. 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in 5TH CIR.
R. 47.5.4.

therefore AFFIRM for essentially the same reasons stated by the magistrate judge in his report and recommendation, which was adopted by the district court.  See Washington v. Dawson, No. 4:97-CV-30-D-B (N.D. Miss. Oct. 9, 1997); see also Farmer v. Brennan, 511 U.S. 825, 833-34, 842-43 (1994).

AFFIRMED.